# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### CASE NO. 2:94-CR-00011-RLV-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE LUIS HERRERA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' Petition for Remission of Fine (the "Petition"). (Doc. 18). The Petition concerns a fine of $500.00 imposed on Defendant Jose Luis Herrera-Ramirez as part of his sentence for violating 8 U.S.C. § 1326 (illegal reentry by a deported alien). (*See* Doc. 18 at 2). The United States represents that Defendant has been deported or has departed the United States and that he has no employment, assets, or future interests in monies in the United States such that all efforts to collect the fine have been unsuccessful. *Id.* According to the United States, there is no reasonable likelihood that expending further efforts will result in the collection of the unpaid portion of the fine. *Id.* Consequently, the United States requests that this Court remit the unpaid balance of the Defendant's fine. *Id.* This matter is unopposed.

**IT IS, THEREFORE, ORDERED THAT**, pursuant to 18 U.S.C. § 3573(1), any remaining unpaid balance of the fine of $500.00 due and owing the United States as a result of Defendant's violation of 8 U.S.C. § 1326 is hereby **REMITTED**.

**SO ORDERED**.

Signed: December 13, 2016

Richard L. Voorhees
United States District Judge